**McMillan Law Group**
Julian McMillan, Esq. (SBN: 241937)
2751 Roosevelt Rd., Suite 204
San Diego, CA 92106
Phone: 858-499-8951
Fax: 619-241-8291
Julian@mcmillanlawgroup.com

Attorneys for Richard Dehart

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>RICHARD DEHART<br><br>Debtor | Case No.: 11-053165-LA7<br><br>**NOTICE OF LODGEMENT OF ORDER GRANTING DEBTOR'S MOTION FOR SANCTIONS**<br><br>**Date:** November 21, 2014<br>**Time:** 2:00 PM<br>**Room:** Courtroom 2, Room 118<br>**Judge:** Hon. Louise DeCarl Adler |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD

　　PLEASE TAKE NOTICE THAT, a proposed order on Plaintiff's Motion for Sanctions has been lodged with the above-referenced Bankruptcy Court for signature and entry. (Attached as Exhibit A)

PLEASE TAKE FURTHER NOTICE THAT any opposition to the form and content of the lodged Order must be filed and served on the undersigned within seven (7) days from the date of service of this Notice pursuant to Local Bankruptcy Rule 7054-3(b)(3).

1 | Respectfully submitted,

3 | Dated: November 25, 2014

Respectfully Submitted

MCMILLAN LAW GROUP

By: /s/ Julian McMillan
    Julian McMillan, Esq.
    Attorney for Defendant, Michael Yaikian

**PROOF OF SERVICE**

I, the undersigned whose address appears below, certify;

That I am, and at all times hereinafter mentioned was, more than 18 years of age:

That on November 26, 2014, I served a true and correct copy of the within Notice of Lodgment and Proposed Order by both ECF and U.S. Postal Service on the following persons:

**Counsel for Alon HaCohen:**

Charlie Crebing, Esq.
Wingert Grebing Brubaker & Juskie, LLP
600 West Broadway, Suite 1200
San Diego, CA 92101

**Counsel for Willard Michlin**

Matthew Abbasi Law Corporation
8889 West Olympic BLVD., Suite 240
Beverly Hills, CA 90211

I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 26, 2014

/s/Julian McMillan
McMillan Law Group, APC
2751 Roosevelt Road, Suite 204
San Diego, CA 92106

# EXHIBIT A

CSD 1001C [11/15/04]
Name, Address, Telephone No. & I.D. No.

Julian McMillan (SBN241937)
McMillan Law Group, APC
2751 Roosevelt Road, Suite 204
San Diego, CA 92106
PH: (858) 499 8954
FX: (619) 241 8291

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Richard Dehart

Debtor.

**LODGED**

BANKRUPTCY NO. 11-05316-LA7

Date of Hearing: 11/24/2014
Time of Hearing: 2:00 PM
Name of Judge: Hon Louise DeCarl Adler

## ORDER ON
## Motion for Sanctions Against Willard Michlin

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Notice of Lodgment Docket Entry No. _____

//
//
//
//
//
//

DATED: _____

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

McMillan Law Group APC
(Firm name)

By: /s/Julian McMillan
    Attorney for ☑ Movant ☐ Respondent

CSD 1001C

CSD 1001C [11/15/04] (Page 2)
ORDER ON Motion for Sanctions Against Willard Michlin
DEBTOR: Richard Dehart
CASE NO: 11-05316-LA7

The Motion came to hearing on November 21, 2014 at 2:00 PM

1. Debtor Filed Chapter 7 bankruptcy 03/31/2011. Debtor named Willared Michlin as an unsecured creditor in an unknown amount for debts originating prepetition.

2. Michlin was served with notice of Dehart's Bankruptcy via the BNC on 04/03/2011 (Exh. D; ECF #11]; Michlin was served with Dehart's discharge order via BNC on 11/18/2011 [Exh. E; ECF #31].

3. Michlin violated the Debtor's discharge injunction numerous times before the Superior Court lawsuit was filed by contacting him to pay the amounts listed in the bankruptcy case. He did so with knowledge of the bankruptcy filing by Dehart.

4. Michlin caused to be filed a Complaint in Los Angeles Superior Court. This case seeks to pierce through corporations to the personal assets of Dehart and constitutes a violation of the discharge order entered in Debtor's Bankrutpcy Case.

The Motion as to Michlin is granted. Michlin acknowledged receipt of the discharge notive in an email to Bernstein, the life partner and business partner of Dehart. Despite having knowledge of Dehart's discharge, he hired an attorney (and did not tell him of the discharge) to file a lawsuit to collect the discharged debt owed by Dehart. He communicated threats to Dehart by Contacting Bernstein, and telling him that he would file a lien against the Debotr's home if Dehart and Bernstein refused to pay him and/or settle the state court action.

This knowing violation of Dehart's discharge injunction wearrants imposition of reasonable attorney fees of $7,300.00. However, this award does not fully compensate Dehart for the additional fees he has incurred after filing this motion. The Court awards as punitive damages the following additional fees $_____.

In addition to the attorney's fees incurred after filing of theis motion, because Michlin's conduct is outrageous and reprehensible, the Court awards Dehart $5,000.00 in additional punitive damages.

Finally, as teh violation of the discharge injunction continues so long as the FAC remains pending with claims for liability asserted against Dehart, Michlin must amend the First Amended Complaint in the Los Angeles Superior Court Action within 2 weeks of the date of this hearing (11/21/2014) or punitive damages of $150.00/day (retroactive to the date of this hearing) will be assessed against Michlin until he complies.

IT IS SO ORDERED.

CSD 1001C