CSD 1001C [11/15/04]
Name, Address, Telephone No. & I.D. No.

**Julian McMillan (SBN241937)**
**McMillan Law Group, APC**
2751 Roosevelt Road, Suite 204
San Diego, CA 92106
PH: (858) 499 8954
FX: (619) 241-8291

Order Entered on
December 15, 2014
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Richard L. Dehart

Debtor.

**LODGED**

BANKRUPTCY NO. 11-05316-LA7

Date of Hearing: 11/21/2014
Time of Hearing: 2:00
Name of Judge: Hon. Louise DeCarl Adler

AMENDED      **ORDER ON**
**MOTION FOR SANCTIONS AGAINST WILLARD MICHLIN**

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Notice of Lodgment Docket Entry No. __59__

//
//
//
//
//
//

DATED:   December 12, 2014

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

/s/ Louise DeCarl Adler
Judge, United States Bankruptcy Court

Submitted by:

McMillan Law Group, APC
(Firm name)

By: /s/ Julian McMillan
    Attorney for  ☑ Movant   ☐ Respondent

CSD 1001C

CSD 1001C [11/15/04] (Page 2)
ORDER ON MOTION FOR SANCTIONS AGAINST WILLARD MICHLIN
DEBTOR: Richard L. Dehart
CASE NO: 11-05316-LA7

This Motion came to hearing on November 21, 2014, at 2:00 PM.

1. Debtor filed Chapter 7 bankruptcy on 03/31/2011. Debtor named Willard Michlin as an unsecured creditor in an unknown amount for debts originating prepetition.

2. Michlin was served with notice of Dehart's Bankruptcy via the BNC on 04/03/2011 [Exh. D; ECF #11]. Michlin was served with Dehart's Discharge Order via BNC on 11/18/2011 [Exh. E; ECF #31].

3. Michlin caused to be filed a Complaint in Los Angeles Superior Court. This case seeks to pierce through corporations to the personal assets of Dehart and constitutes a violation of the discharge order entered in Debtor's bankruptcy case.

The Motion as to Michlin is granted. Michlin acknowledged receipt of the discharge notice in an email to Bernstein, the business partner of Dehart. Despite having knowledge of Dehart's discharge, he hired an attorney (and did not tell him of the discharge) to file a lawsuit to collect the discharged debt owed by Dehart. He communicated threats to Dehart by contacting Bernstein, and telling him that he would file a lien against the Debtor's home if Dehart and Bernstein refused to pay him and/or settle the state court action.

This knowing violation of Dehart's discharge warrants imposition of reasonable attorney's fees in the amount of $7,300.00. However, this award does not fully compensate Dehart for the additional fees he has incurred after filing this motion. The Court awards as punitive damages the following additional fees $ 6168. and costs of $27.84

In addition to the attorney's fees incurred after the filing of this motion, because Michlin's conduct is outrageous and reprehensible, the Court awards Dehart $5,000.00 in additional punitive damages.

Finally, as the violation of the discharge injunction continues so long as the FAC remains pending for claims for liability asserted against Dehart, Michlin must amend the First Amended Complaint in the Los Angeles Superior Court Action within two weeks of the date of this hearing 11/21/2014 or punitive damages of $150.00/day (retroactive to the date of this hearing) will be assessed against Michlin until he complies.

All monetary amounts ordered to be paid under this order must be paid within 30 days of entry of this order.
IT IS SO ORDERED.

CSD 1001C

Signed by Judge Louise DeCarl Adler December 12, 2014