# Notice Recipients

District/Off: 0974–3     User: melimu     Date Created: 2/10/2015
Case: 11–05316–LA7     Form ID: pdf927     Total: 4

**Recipients of Notice of Electronic Filing:**
aty     Julian McMillan     julian@mcmillanlawgroup.com
aty     Matthew Abbasi     matthew@malawgroup.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Richard L. Dehart     P.O. Box 1498     Poway, CA 92074
12725099     WILLARD MICHLIN / GRIFKA, .     PO BOX 780     Moorpark, CA 93020

TOTAL: 2